# ALABAMA COURT OF CRIMINAL APPEALS



March 21, 2025

**CR-2023-0437**
Ronald Demetrie Hunter v. State of Alabama (Appeal from Jefferson Circuit Court: CC-19-1240, CC-19-1241, CC-19-1242, and CC-19-1244)

## <u>NOTICE</u>

You are hereby notified that on March 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk